# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KEVIN DUKES

NO. 2026 KW 0060

**MAY 18, 2026**

---

In Re:     Kevin Dukes, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 01-19-0491.

---

**BEFORE:     McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to comply with Uniform Rules of Louisiana Courts of Appeal, Rules 4-2, 4-3, & 4-5(C)(11), by failing to include documentation of a timely request for a return date and the return order. Relator also failed to comply with Rules 4-5(C)(1) and (9), in that he failed to include an index and a copy of any opposition or attachments. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application shall be filed on or before August 19, 2026, and should include documentation of the return date, the entire contents of this application, the missing items noted above, and a copy of this ruling.

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT